UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARNALD CORDELL ALLEN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:17-cv-791

HON. JANET T. NEFF

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff filed a motion for allowance of attorney fees under the Equal Access to Justice Act (ECF No. 21). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 3, 2018, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 22) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the motion for allowance of attorney fees under the Equal Access to Justice Act (ECF No. 21) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Defendant must pay Plaintiff attorney fees in the amount of $4,543.00.

Dated: October 19, 2018                  /s/ Janet T. Neff
                                                                                       JANET T. NEFF
                                                                                       United States District Judge